JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD COOPER,<br><br>Plaintiff,<br><br>v.<br><br>WILLIS TOWERS WATSON PENSION PLAN FOR U.S. EMPLOYEES; and WILLIS TOWERS WATSON BENEFIT PLANS ADMINISTRATION COMMITTEE,<br><br>Defendants. | Case No. 2:21-cv-04319-SB-JC<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the Court's separate Order On Cross-Motions for Summary Judgment, Dkt. No. 50, it is:

ORDERED AND ADJUDGED that Plaintiff Harold Cooper's motion for summary judgment is granted in its entirety. It is further

ORDERED AND ADJUDGED that the motion for summary judgment filed by Defendants Willis Towers Watson Pension Plan for U.S. Employees (the Plan) and Willis Towers Watson Benefit Plans Administration Committee is denied. It is further

ORDERED AND ADJUDGED that Plaintiff has an accrued right to defer receipt of his pension until the January 1st nearest his 70th birthday, consistent with the terms of the Plan at the time Plaintiff accrued his benefit and terminated employment with the Plan's sponsor. It is further

1

ORDERED AND ADJUDGED that Defendants shall apply the benefit commencement terms set forth in the 1988 version of the Towers Perrin Retirement Income Plan for U.S. Employees to Plaintiff's claim for pension benefits.

This is a Final Judgment.

Dated: March 17, 2022

Stanley Blumenfeld, Jr.
United States District Judge